UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GREGORY ALBERT MASON, pro se,<br><br>                  Plaintiff,<br><br>     v.<br><br>EXPERIAN, EQUIFAX, TRANSUNION,<br><br>                 Defendants. | No. 12-cv-5009 RBL<br><br>Order<br><br><br>[Dkt. #1] |

Before the Court is Plaintiff Gregory Albert Mason's application to proceed *in forma pauperis*. [Dkt. #1].  For the reasons set for below, the Court denies the application.

A district court may permit indigent litigants to proceed *in forma pauperis* upon completion of a proper affidavit of indigency.  *See* 28 U.S.C. § 1915(a).  The court has broad discretion in resolving the application, but "the privilege of proceeding *in forma pauperis* in civil actions for damages should be sparingly granted."  *Weller v. Dickson*, 314 F.2d 598, 600 (9th Cir. 1963), *cert. denied* 375 U.S. 845 (1963).

Here, Plaintiff lists a monthly income of $4,468.53 and currently holds $350.00 in accounts.  The Court recognizes that filing fees can be onerous but must conclude, nonetheless, that Plaintiff has funds sufficient to pay the necessary costs. The Court therefore **DENIES** the

application. [Dkt. #1].  Plaintiff has **30 days** from the date of this Order to pay the filing fee or

the case may be dismissed.

Dated this 13th day of January, 2011.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE